ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| The Boeing Company | ) ASBCA No. 61575 |
| | ) |
| Under Contract No. FA3002-13-D-0012 | ) |

APPEARANCES FOR THE APPELLANT:      Scott Felder, Esq.
 Gary S. Ward, Esq.
 Craig M. Smith, Esq.
  Wiley Rein LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Caryl A. Potter III, Esq.
  Air Force Deputy Chief Trial Attorney
 David K. Stark, Esq.
 Joel B. Lofgren, Esq.
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  February 21, 2024

_____

MICHAEL N. O'CONNELL
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61575, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:  February 22, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals